IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE CARTER, individually and
on behalf of all others similarly situated,

    Plaintiffs,
v.

GREEN CASH, LLC, a foreign corporation,
and WD SERVICES, LLC, a foreign corporation,

    Defendants.
_____/

CASE NO.: 6:19-cv-378-ORL-37GJK

<u>CLASS ACTION</u>

**<u>JOINT STIPULATION AND MOTION FOR DISMISSAL</u>**

Plaintiff, JESSE CARTER ("Plaintiff"), and Defendant, GREEN CASH, LLC ("Green Cash"), by and through their respective undersigned counsel (the "Parties"), stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this litigation is voluntarily dismissed <u>with prejudice</u> as to all claims of Plaintiff, and <u>without prejudice</u> as to all claims of any unnamed member of the putative class, with each party to bear their own attorney's fees and costs. The Parties hereby move the court for entry of an Order acknowledging the dismissal of the action pursuant to Rule 41(a)(1)(A)(ii) and directing the Clerk to close the case.

Dated this 15th day of July, 2019.

[*Signature to follow on next page*.]

1


*/s/ Danielle Newman*
Danielle C. Newman, Esq.
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, New York 10036
Tel: 312-626-1813
dnewman@manatt.com
Charles P. Gufford, Esq.
225 E. Robinson Street, Ste. 155
Orlando, Florida 32801
Tel: 407-674-1850
Charles.Gufford@mccalla.com

Christine M. Reilly, Esq.
**MANATT, PHELPS & PHILLIPS, LLP**
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: 310-312-4000
creilly@manatt.com

*Counsel for Defendant*

*/s/ Jacob Phillips*
Jacob L. Phillips, Esq.
Florida Bar No.: 120130
Edmund A. Normand, Esq.
Florida Bar No.: 865590
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, Florida 32803
Tel: 407-603-6031
Fax: 888-974-2175
jacob.phillips@normandpllc.com
ed@normandpllc.com
service@normandpllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 15th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have elected to receive such service.

*/s/ Jacob Phillips*
Jacob L. Phillips
Florida Bar No.: 120130