IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE CARTER, individually and
on behalf of all others similarly situated,

    Plaintiffs,
v.

GREEN CASH, LLC, a foreign corporation,
and WD SERVICES, LLC, a foreign corporation,

    Defendants.
_____/

CASE NO.: 6:19-cv-378-ORL-37GJK

<u>CLASS ACTION</u>

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT WD SERVICES, LLC, WITHOUT PREJUDICE

COMES NOW the Plaintiff, JESSE CARTER, by and through the undersigned counsel, gives notice of a voluntary dismissal of Defendant WD SERVICES, LLC, in the above-styled action, without prejudice, with each party to bear its own attorneys' fees and costs in accordance with the agreement between the parties.

Dated this 8th day of August, 2019.

Respectfully submitted,

**/s/ *Jacob Phillips***
Jacob L. Phillips, Esq.
Florida Bar No.: 120130
Edmund A. Normand, Esq.
Florida Bar No.: 865590
**NORMAND PLLC**
3165 McCrory Place, Ste. 175
Orlando, Florida 32803
Tel:  407-603-6031
Fax: 888-974-2175
jacob.phillips@normandpllc.com
ed@normandpllc.com
service@normandpllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties who have elected to receive such service.

*/s/ Jacob Phillips*
Jacob L. Phillips
Florida Bar No.: 120130